No. 1285, October Term, 1968.   Detroit Vital Foods, Inc. v. United States, 395 U. S. 935; and

No. 687.   Ginzburg et al. v. Goldwater, 396 U. S. 1049.   Petitions for rehearing denied.   The Chief Justice took no part in the consideration or decision of these petitions.

MARCH 16, 1970

No. ——.   Swann et al. v. Charlotte-Mecklenburg Board of Education et al.   C. A. 4th Cir.   Motion to vacate order of United States Court of Appeals for the Fourth Circuit and to reinstate order of the United States District Court for the Western District of North Carolina, presented to The Chief Justice, and by him referred to the Court, denied.   Jack Greenberg, James M. Nabrit III, and Conrad O. Pearson on the motion.

No. ——.   Shaw International Theatres, Inc. v. Municipal Court for the San Jose-Milpitas Judicial District, County of Santa Clara (State of California, real party in interest).   Sup. Ct. Cal.   Application for stay of action by the Municipal Court for the San Jose-Milpitas Judicial District, presented to Mr. Justice Douglas, and by him referred to the Court, denied.   Edward DeGrazia and Stanley Fleishman for applicant.   Thomas C. Lynch, Attorney General, Michael J. Phelan, Deputy Attorney General, and Albert W. Harris, Jr., Assistant Attorney General, for the State of California in opposition.

No. 2, Misc.   Chandler, U. S. District Judge v. Judicial Council of the Tenth Circuit of the United States.   Motion of Stephen S. Chandler, pro se, for leave to file reply brief, after argument, granted. [For earlier orders herein, see, e. g., 396 U. S. 809.]